UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY,<br><br>    *Plaintiff,*<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY, ET AL.<br><br>    *Defendants.* | Civil Action No.: 1-22-cv-01334 (TNM) |

### AMENDED NOTICES OF APPEAL (ECF. NO. 57 AND ECF NO. 71)

Plaintiff hereby amends two notices of appeal, at ECF No. 57 and ECF No. 71, to the United States Court of Appeals for the District of Columbia Circuit (CADC) from the above-captioned District Court action, to include the District Court's Memorandum Order of February 22, 2023 at ECF No. 87.

First, Plaintiff amends the October 26, 2022 Notice of Appeal to the CADC from the District Court's September 26, 2022 minute order substantially denying Plaintiff's motion to seal, where the motion relied on *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980) and related authorities. Notice of Appeal, ECF No. 57 ("First Notice"). That Notice of Appeal is associated with CADC case number 22-7148, which is awaiting a briefing order pursuant to the CADC's Order of February 21, 2023 (Document #1986784, CADC No. 22-7148).

Second, Plaintiff amends the December 30, 2022 Notice of Appeal to the CADC (ECF No. 71) ("Second Notice") from the District Court's Order dated November 29, 2022 (ECF No. 63), first noticed through the CM/ECF system on November 30, 2022. *See* Second Notice (Ex.1), ECF No. 71 at 2-9. The Order appealed by the Second Notice disposed of Plaintiff's claims against The George Washington University (GWU) and PMA Management Corporation, and is

discussed in the Memorandum Opinion at ECF No. 62 (*sealed*) and ECF No. 66 (*redacted*). The Second Notice is assigned CADC case number 23-7001, and is, pursuant to the CADC's Order of January 6, 2023, held in abeyance pending resolution of Plaintiff's motion for entry of final judgment pursuant to Fed. R. Civ. P. 54(b). CADC Order (Jan. 6), ECF No. 76.

The District Court's February 22 Memorandum Order denies Plaintiff's motion for entry of final judgment pursuant to Rule 54(b) and Plaintiff's motion for an order directing GWU to file an unredacted copy of a summary judgment exhibit on which the District Court relied to grant summary judgment. ECF No. 87. Relevantly to the both the First Notice and Second Notice, the Memorandum Order discusses the public access doctrine and *Hubbard*, and the District Court's reliance on GWU's redacted exhibit to grant summary judgment. *Id.*

Accordingly, Plaintiff hereby amends both the Notice of Appeal at ECF No. 57 and the Notice of Appeal at ECF No. 71, to secure appellate review of the Memorandum Order at ECF No. 87 related to the subject matter of each of Plaintiff's pending appeals. A copy of the District Court's February 22, 2022 Memorandum Order is filed herewith.

Dated: February 24, 2022                     Respectfully submitted,

/s/ Hdeel Abdelhady
Hdeel Abdelhady
D.C. Bar No. 483559
1717 Pennsylvania Ave., NW, #1025
Washington, D.C. 20006
(202) 630-2512
habdelhady@mapopllc.com
*Plaintiff*