# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY, *et al.*<br><br>*Defendants*. | Case No.: 1:22-cv-1334 (TNM) |

## ORDER OF DISMISSAL

Upon consideration of Plaintiff's motion pursuant to Fed. R. Civ. P. 41 to voluntary dismiss this action against Aramark Services, Inc. and Aramark Management Services Limited Partnership, and the entire record in this case, it is hereby

**ORDERED**, that Plaintiff's motion is GRANTED; and it is further

**ORDERED**, that Aramark Services, Inc. and Aramark Management Services Partnership Limited are hereby dismissed from this action without prejudice.

_____
Trevor N. McFadden, U.S.D.J.