# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY, *Plaintiff,* v. GEORGE WASHINGTON UNIVERSITY, ET AL. *Defendants.* | Civil Action No.: 1-22-cv-01334 (TNM) |

## SECOND AMENDED NOTICE OF APPEAL

Plaintiff hereby further amends her Notice of Appeal [ECF No. 71] to the United States Court of Appeals for the District of Columbia Circuit from the above-captioned action. The Notice of Appeal was first amended on February 24, 2023 to include the District Court's February 22, 2023 Memorandum Order. ECF No. 89. This second amendment is made to include in the scope of review the District Court's March 20, 2023 minute order (Exhibit A) that, *inter alia*, denied as moot Plaintiff's request for subpoenas and granted Plaintiff's motion to voluntarily dismiss the Aramark Defendants under the circumstances discussed in Plaintiff's motion to dismiss [ECF No. 93], and in correspondence with Chambers (Exhibit B). The March 20 minute order is made pertinent by the Court of Appeals' May 5, 2023 Order to show cause why case no. 23-7001 should not be dismissed for lack of jurisdiction, where the Aramark Defendants were dismissed pursuant to Fed. R. Civ. P. 41(a)(2). Order, Document #1998133 (No. 23-7001).

Dated: May 9, 2023                                   Respectfully submitted,

                                                  /s/ Hdeel Abdelhady

Hdeel Abdelhady
D.C. Bar No. 483559
1717 Pennsylvania Ave., NW, #1025
Washington, D.C. 20006
(202) 630-2512
habdelhady@mapopllc.com
*Plaintiff*

**EXHIBIT A**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 3/20/2023 at 11:58 AM and filed on 3/20/2023
**Case Name:**        ABDELHADY v. GEORGE WASHINGTON UNIVERSITY et al
**Case Number:**      1:22-cv-01334-TNM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. Plaintiff's [93] Motion to Voluntarily Dismiss Without Prejudice Action Against Aramark Defendants is GRANTED. Defendants Aramark Services, Inc. and Aramark Management Services Partnership Limited are hereby dismissed from this action without prejudice. See Fed. R. Civ. P. 41(a)(2). It is further ORDERED that Plaintiff's [92] Motion for Order to Access Copies of Sealed Filings is denied without prejudice. If Plaintiff renews her request, she must identify the specific docket entries sought. It is further ORDERED that Plaintiff's [88] Motion to issue Subpoena Duces Tecum is denied as moot. The Clerk of Court is directed to close this case. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/20/2023. (lctnm2)**

**1:22-cv-01334-TNM Notice has been electronically mailed to:**

Samuel Joseph DeBlasis, II     sdeblasis@decarodoran.com, jcolledge@decarodoran.com

Gerard John Emig     gemig@gleason-law.com, ahilliard@gleason-law.com, kcooke@gleason-law.com

Robert Patrick Scanlon     rscanlon@andersonquinn.com, kalbert@andersonquinn.com

Nathan J. Postillion     npostillion@gleason-law.com

HDEEL ABDELHADY     habdelhady@mapopllc.com

**1:22-cv-01334-TNM Notice will be delivered by other means to::**

**EXHIBIT B**

| | |
|---|---|
| **From:** | John Bailey |
| **To:** | Rob Scanlon |
| **Cc:** | Hdeel Abdelhady |
| **Subject:** | RE: Question re 22-cv-1334 |
| **Date:** | Friday, March 17, 2023 9:52:59 AM |

Mr. Scanlon,

Understood, thank you.  Enjoy your weekend.

Respectfully,
John

**From:** Rob Scanlon <RScanlon@andersonquinn.com>
**Sent:** Thursday, March 16, 2023 2:31 PM
**To:** John Bailey <John_Bailey@dcd.uscourts.gov>
**Cc:** Hdeel Abdelhady <habdelhady@mapopllc.com>
**Subject:** RE: Question re 22-cv-1334

**CAUTION - EXTERNAL:**


Mr. Bailey,

My clients have reconsidered and do not intend to file an opposition to Plaintiff's motion to dismiss. Thank you. Rob Scanlon

Robert P. Scanlon
Managing Member
Anderson & Quinn, LLC
25 Wood Lane
Rockville, Maryland 20850
T: (301) 762-3303 Ext. 206
F: (301) 762-3776
rscanlon@andersonquinn.com
www.andersonquinn.com



Confidentiality Notice: The information contained in this email is privileged and confidential information intended for use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email information is strictly prohibited. If you have

received this email in error, please immediately notify us by return email or by contacting me at (301) 762-3303.

**From:** John Bailey <John_Bailey@dcd.uscourts.gov>
**Sent:** Tuesday, March 14, 2023 4:23 PM
**To:** Rob Scanlon <RScanlon@andersonquinn.com>
**Cc:** Hdeel Abdelhady <habdelhady@mapopllc.com>
**Subject:** RE: Question re 22-cv-1334

Thank you for your prompt reply.  I will let Judge McFadden know.

Best,
John

**From:** Rob Scanlon <RScanlon@andersonquinn.com>
**Sent:** Tuesday, March 14, 2023 4:20 PM
**To:** John Bailey <John_Bailey@dcd.uscourts.gov>
**Cc:** Hdeel Abdelhady <habdelhady@mapopllc.com>
**Subject:** RE: Question re 22-cv-1334

**CAUTION - EXTERNAL:**

We do intend to file an opposition. Thank you. Rob Scanlon

Robert P. Scanlon
Managing Member
Anderson & Quinn, LLC
25 Wood Lane
Rockville, Maryland 20850
T: (301) 762-3303 Ext. 206
F: (301) 762-3776
rscanlon@andersonquinn.com
www.andersonquinn.com



Confidentiality Notice: The information contained in this email is privileged and confidential information intended for use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email information is strictly prohibited. If you have

received this email in error, please immediately notify us by return email or by contacting me at (301) 762-3303.

---

**From:** John Bailey <John_Bailey@dcd.uscourts.gov>
**Sent:** Tuesday, March 14, 2023 4:19 PM
**To:** Rob Scanlon <RScanlon@andersonquinn.com>
**Cc:** Hdeel Abdelhady <habdelhady@mapopllc.com>
**Subject:** Question re 22-cv-1334

Good afternoon, Mr. Scanlon,

Judge McFadden would like to know if the Aramark Defendants intend on filing an opposition to Ms. Abdelhady's pending motion to dismiss, ECF No. 93. Thanks very much.

Respectfully,
John

John Bailey
Law Clerk to the Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue NW, Washington, DC 20001
Phone: (202) 354-3426

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | John Bailey |
| **To:** | Hdeel Abdelhady |
| **Cc:** | rscanlon@andersonquinn.com; Kate Hardiman |
| **Subject:** | RE: Subpoena inquiry: Abdelhady v. GWU (22-cv-1334) |
| **Date:** | Wednesday, March 1, 2023 1:21:16 PM |

Ms. Abdelhady,

Thank you for that explanation. Judge McFadden is aware of the discovery deadlines. I can confirm that Judge McFadden has received your subpoena requests, and I will be sure to promptly reach out if the Court requires more information.

Warm regards,
John

---

**From:** Hdeel Abdelhady
**Sent:** Wednesday, March 1, 2023 12:35 PM
**To:** John Bailey <John_Bailey@dcd.uscourts.gov>
**Cc:** rscanlon@andersonquinn.com; Kate Hardiman <Kate_Hardiman@dcd.uscourts.gov>
**Subject:** RE: Subpoena inquiry: Abdelhady v. GWU (22-cv-1334)

**CAUTION - EXTERNAL:**

Thanks for your prompt response, John. I am particularly interested in time, as I, unlike represented parties, must take additional steps to utilize the subpoena mechanism afforded to all parties by the Federal Rules, and do so with delay (relative to an admitted attorney-signed subpoena which may be issued at any time without advance filing). At the same time, I am subject to the discovery deadlines applicable to the Aramark Defendants. There is asymmetry in this. I am operating on the assumption that the district court's practice facilitates pre-screening against pro se subpoenas that are objectively not compliant with the Federal Rules, and not the court's involvement in the substantive or strategic decisions of pro se parties. I note these points not to offer argument in an email to Chambers, but to clarify the reasons for my follow-up.

If there is more to the process, I would be grateful to know that, as I am operating on scant information provided by the Clerk's office and without any published rule or district standing order.

Thanks again.
Hdeel


Hdeel Abdelhady

**From:** John Bailey <John_Bailey@dcd.uscourts.gov>
**Sent:** Wednesday, March 1, 2023 11:49 AM
**To:** Hdeel Abdelhady
**Cc:** rscanlon@andersonquinn.com; Kate Hardiman <Kate_Hardiman@dcd.uscourts.gov>
**Subject:** RE: Subpoena inquiry: Abdelhady v. GWU (22-cv-1334)

Dear Ms. Abdelhady,

Thank you for your email. I am the clerk with primary responsibility for this case. I can confirm that Judge McFadden has received your subpoena requests, and I will be sure to reach out if the Court requires more information.

Regards,
John

John Bailey
Law Clerk to the Honorable Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue NW, Washington, DC 20001
Phone: (202) 354-3426

**From:** Hdeel Abdelhady
**Sent:** Wednesday, March 1, 2023 11:36 AM
**To:** Kate Hardiman <Kate_Hardiman@dcd.uscourts.gov>
**Cc:** John Bailey <John_Bailey@dcd.uscourts.gov>; rscanlon@andersonquinn.com
**Subject:** Subpoena inquiry: Abdelhady v. GWU (22-cv-1334)

**CAUTION - EXTERNAL:**

Dear Ms. Hardiman:

I am the pro se Plaintiff in the referenced action. I write to inquire with Chambers regarding three subpoenas I requested in accordance with what I understand from the Clerk's office is an informal district court practice requiring unrepresented parties and non-admitted attorneys to request subpoenas from the presiding judge. I submitted that request last week, at ECF No. 88, for substantially the three subpoenas at ECF No. 88-1 to 88-3. I am that there's been any response from the presiding judge or the Clerk's office, and I would be grateful for information as to how these requests will be processed and when. I believe the judge mentioned during the status conference in January (referenced below) that motions to quash subpoenas should first be addressed with Chambers before filing, so I am raising this different subpoena inquiry with Chambers.

Counsel for the Aramark is copied here. According to the Court's Memorandum Order at ECF No. 87, the Court regards the other Defendants as dismissed from this action, and they are not copied here

but did receive the subpoena request and attachments through the CM/ECF system.

Thank you.

Hdeel Abdelhady
Plaintiff