# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7148**  **September Term, 2023**

**1:22-cv-01334-TNM**

**Filed On: January 9, 2024**

Hdeel Abdelhady,

    Appellant

    v.

George Washington University, et al.,

    Appellees

    **BEFORE:**    Srinivasan, Chief Judge; Millett and Wilkins, Circuit Judges

## O R D E R

Upon consideration of appellant's motion for leave to file under seal, and appellant's brief, appellant's corrected brief, and appendix currently under a provisional seal; appellees' motion for leave to late file its public brief and public supplemental appendix, the opposition thereto and the reply, and the lodged redacted brief and supplemental appendix; appellant's motion to strike appellees' sealed and public supplemental appendices, the opposition thereto and the reply; and appellant's motion for leave to supplement the joint appendix, the opposition thereto and the reply, and the lodged supplemental appendix, it is

**ORDERED** that appellant's motion for leave to file under seal be granted.  It is

**FURTHER ORDERED** that the appellees' motion for leave to late file be granted.  The Clerk is directed to file the lodged documents.  It is

**FURTHER ORDERED** that appellant's motion to strike be denied.  It is

**FURTHER ORDERED** that appellant's motion for leave to supplement the joint appendix be denied.  The items appellant proposes to include in the supplement to the appendix are already part of the district court record that is before this court.  It is

**FURTHER ORDERED**, in light of the court's opinion and judgment issued today, the district court is directed to restrict public access to any items on the district court docket that contain material that is subject to the motion to seal at issue in this appeal and to keep those items provisionally sealed until it has completed its reconsideration of the motion to seal on remand.  See In re: Reporters Committee for Freedom of the Press, 773 F.2d 1325, 1339 (D.C. Cir. 1985) ("For obvious reasons, courts have

## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-7148**                                                  **September Term, 2023**

uniformly approved the practice of provisionally sealing documents pending assessment of justification for a request to seal.")

    The Clerk is directed to transmit a copy of this order to the district court.

**<u>Per Curiam</u>**

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

              BY:    /s/
                          Scott H. Atchue
                          Deputy Clerk