Case 1:22-cv-01334-TNM   Document 123-1   Filed 12/04/24   Page 1 of 1

Dispositive and Related Motions Timeline

Abdelhady v. The Geo. Wash. Univ. et al., No. 1-22-cv-01334 (TNM)

| Motion | Date Filed | Date of Reply/"Response" in Support of Motion | Total Related Filings Including Motion | Last Filed Related Filing | Date of Last Related Filing | Disposition | Order/Ruling | Date of Order/Ruling | Days to Resolve | Days From Last Related Filing to Resolution | Days Pending (Unresolved) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GWU Motion for Summary Judgment [No. 18] | 7/22/2022 | 9/2/2022 | 9 | Pl. Reply in Support of Motion to Supplement Mot. to Strike Smith Aff [No. 59] | 10/31/2022 | Granted | Order [No. 63] | 11/29/2022 | 130 | 29 | n/a |
| GWU Motion to Dismiss [No. 17] | 7/22/2022 | 9/2/2022 | 6 | Pl. Reply in Support of Motion to File Surreply [No. 50] | 10/11/2022 | Granted | Order [No. 63] | 11/29/2022 | 130 | 49 | n/a |
| Plaintiff's Motion for Default Entry Against PMA | 8/1/2022 | none | 1 | none | none | Unresolved | none | unresolved | n/a | n/a | 856 |
| PMA Motion to "Adopt" GWU's Rule 12(b)(6) Motion ("Motion to Dismiss") | 8/11/2022 | 9/7/2022 | 6 | Reply in Support of Motion to Strike PMA's "Response" to Opposition to PMA's Motion to "Adopt" GWU's Rule 12(b)(6) Motion [No. 56] | 10/24/2022 | Granted as a "Motion to Dismiss" and Partially "Converted" to Summary Judgment Motion | Order [No. 63] | 11/29/2022 | 110 | 36 | n/a |
| GWU Motion to Strike Notice of Appeal [No. 57] | 11/15/2022 | none | 2 | Opp'n to Mot. to Strike | 11/28/2022 | Denied as "Moot" | Order [No. 63] | 11/29/2022 | 14 | 1 | n/a |
| Plaintiff's Motion for Leave to File Rule 54(b) Reconsieration Memo. in Excess of Judge's Ten-Page Limit [No. 67] | 12/6/2022 | none | 1 | none | none | Denied | Min. Order | 12/7/2022 | 1 | n/a | n/a |
| Plaintiff's Revised Motion for Leave to File 17-page Memorandum in Support of Motion for Reconsideration Under Rule 54(b) [No. 68] | 12/23/2022 | none | 1 | none | none | Denied | Min. Order | 12/27/2022 | 4 | n/a | n/a |
| Plaintiff's Motion for Entry of Final Judgment on Nov. 29/30 Order [No. 69] | 12/27/2022 | 1/17/2023 | 5 | Combined Reply to PMA Opp'n and Mot. for Affirmative Relief [No. 79] | 1/17/2023 | Denied | Mem. Order [No. 87] | 2/22/2023 | 57 | 36 | n/a |
| Mot. for Affirmative Relief [No. 79] | 1/17/2023 | 1/17/2023 | 2 | PMA Opp'n to Mot. for Affirmative Relief [No. 84] | 1/19/2023 | Unresolved | none | unresolved | | | 687 |
| Motion for Order Directing GWU to File Unredacted Summary Judgment "Exhibit D" [No. 83] | 1/17/2023 | 2/3/2023 | 3 | none | none | Denied | Mem. Order [No. 87] | 2/22/2023 | 36 | n/a | n/a |
| Plaintiff's Unopposed Motion to Voluntarily Dismiss Without Prejudice Action Against Aramark Under Rule 42(a)(2) [No. 93] | 3/13/2023 | none | 1 | none | none | Granted | Min. Order | 3/20/2023 | 7 | n/a | n/a |
| Plaintiff's Motion for Entry of Final Judgment on Nov. 29/30 Order [No. 112] | 6/26/2024 | 7/19/2024 | 5 | none | none | Unresolved | none | unresolved | n/a | n/a | 161 |
| Plaintiff's Unopposed Motion to Dismiss With Prejudice Count III Against Aramark [No. 119] | 7/31/2024 | none | 1 | none | none | Unresolved | none | unresolved | n/a | n/a | 126 |