# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY, *Plaintiff*, v. GEORGE WASHINGTON UNIVERSITY, *et al. Defendants.* | Case No.: 1:22-cv-1334 (TNM) |

## ORDER

Upon consideration of Plaintiff's Motion for Rulings on Motions for Entry of Partial Final Judgment [No. 112] and to Dismiss With Prejudice Count III of the Amended Complaint Against the Aramark Defendants [No. 119], it is **ORDERED** that:

1. Plaintiff's Motion for Rulings on the following motions is **GRANTED**:

    a. Plaintiff's motion [No. 112] for entry of partial final judgment on the November 29/30, 2022, merits order shall be ruled upon within [XX] days of this Order.

    b. Plaintiff's motion to dismiss Count III of the Amended Complaint with prejudice against the Aramark defendants [No. 119] is **GRANTED**.

**SO ORDERED**.

_____
Trevor N. McFadden, U.S.D.J.

Dated: December ___, 2024