### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY, | |
| *Plaintiff,* | |
| v. | Case No.: 1-22-cv-01334 (TNM) |
| THE GEORGE WASHINGTON UNIVERSITY ET AL. | |
| *Defendants.* | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF COUNT VI AND COUNT VII OF THE AMENDED COMPLAINT AGAINST ALL DEFENDANTS**

Plaintiff, Hdeel Abdelhady, hereby gives notice of her dismissal with prejudice of Count VI of the Amended Complaint [ECF No. 14], for "negligence pe se," and Count VII of the Amended Complaint, for "gross negligence," against defendants Aramark Services, Inc. (Aramark Services), Aramark Management Services Limited Partnership (Aramark Partnership), The George Washington University (GWU), and PMA Management Corporation (PMA).

By its February 25, 2025 Memorandum Order [ECF No. 125], the Court denied plaintiff's eight-month-old motion [ECF No. 112] for entry of final judgment on all of the November 29/30, 2022 merit's order [ECF No. 63]. The stated reason for the denial of final judgment is that Counts VI and VII of the Amended Complaint, dropped by plaintiff through then-counsel on August 22, 2022 and never again treated as active claims by plaintiff or the Court, were merely "withdrawn" and not dismissed by plaintiff "with prejudice." Mem. Order, ECF No. 125 at 6, 11-15.

Relying on *Blue v. District of Columbia Pub. Schs.*, 764 F.3d 11 (D.C. Cir. 2014), this "Court treat[ed] [Ms.] Abdelhady's withdrawn claims [at Counts VI and VII] like those

dismissed voluntarily without prejudice for appellate finality purposes." *Id.* 3, 6. "If her withdrawn claims had been dismissed with prejudice, the whole case might be final for appeal without operation of Rule 54(b)." *Id.* at 12. Applying the "*Blue* rule," this Court explained that "a plaintiff may not voluntarily dismiss some of her claims without prejudice to engineer finality for appellate jurisdiction; instead, a litigant must obtain a partial final judgment under Rule 54(b) over the claims she wants to appeal, dismiss the non-final ones with prejudice, *or* litigate the entire case to judgment." *Id.* at 6 (citing *Robinson-Reeder v. Am. Council on Educ.*, 571 F.3d 1333, 1340 (D.C. Cir. 2009) (emphasis added).

In compliance with the Memorandum Order, plaintiff hereby dismisses with prejudice the abandoned, "non-final" Count VI, for "negligence per se," and Count VII, for "gross negligence," against defendants Aramark Services, Aramark Partnership, GWU, and PMA, to finalize this "whole case" for appeal. *Id.* at 6, 12.

Separately, for Rule 41(a)(2) purposes, plaintiff files herewith a proposed order dismissing with prejudice Counts VI and VII against Aramark Services and Aramark Partnership, each of which filed an answer [ECF Nos. 15, 16].

Dated: February 26, 2025                    Respectfully submitted,

                                             /s/ Hdeel Abdelhady
                                            _____
                                            Hdeel Abdelhady
                                            1717 Pennsylvania Ave., NW, #1025
                                            Washington, D.C. 20006
                                            (202) 630-2512
                                            habdelhady@mapopllc.com
                                            D.C. Bar No. 483559
                                            *Plaintiff*