UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, *ET AL.*<br><br>    *Defendants.* | Case No.: 1:22-cv-1334 (TNM) |

**ORDER**

On February 25 the Court denied [No. 125] plaintiff's motion [No. 112] for entry of final judgment because plaintiff had not dismissed with prejudice Counts VI and VII of the Amended Complaint [No. 14]. Plaintiff on February 26 filed a notice of dismissal, with prejudice, of Counts VI and VII against defendants Aramark Services, Inc., Aramark Management Services Limited Partnership, The George Washington University, and PMA Management Corporation. Aramark Services, Inc. and Aramark Management Services Partnership Limited each filed an answer [Nos. 15, 16]. It is, therefore,

**ORDERED** that Count VI of the Amended Complaint, for "negligence per se," and Count VII of the Amended Complaint, for "gross negligence," are dismissed with prejudice against Aramark Services, Inc. and Aramark Management Services Partnership Limited pursuant to Rule 41(a)(2).

  **SO ORDERED.**

Dated: February ___, 2025          _____
                        Trevor N. McFadden, U.S.D.J.