IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HDEEL ABDELHADY,<br><br>    *Plaintiff,*<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY, ET AL.<br><br>    *Defendants.* | Civil Action No.: 1-22-cv-01334 (TNM) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Hdeel Abdelhady, appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's February 25, 2025 Memorandum Order [ECF No. 125] and preceding orders and rulings, including the November 29/30, 2022 Order [ECF No. 63] discussed in the Memorandum Opinion [ECF No. 66].[1]

Dated: March 14, 2025               Respectfully submitted,

                                                           /s/ Hdeel Abdelhady
                                                           _____
                                                           Hdeel Abdelhady
                                                           D.C. Bar No. 483559
                                                           1717 Pennsylvania Ave., NW, #1025
                                                           Washington, D.C. 20006
                                                           (202) 630-2512
                                                           habdelhady@mapopllc.com
                                                           Plaintiff

---

[1] A collateral appeal from this case is pending. *See Abdelhady v. George Wash. Univ.*, C.A.D.C. No. 24-7090. As discussed in appellant's March 3, 2025 Notice of Changed Status of District Court Case [Document #2103721] filed in that appeal, the district court case is final.